# JANUARY 1984 CALENDAR

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. JULIA D. ARBGAST, Defendant.

## DECISION

No. DC-81-107

The application of the above-named defendant for a review of the sentence of 5 years with 3 years suspended imposed on April 4, 19883, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 3 years deferred. The amendment in sentence makes the sentence more consistent with similar transactions in that area during the time this particular crime was committed. This Board finds that the Parole Officer also recommended a deferred imposition of sentence.

We wish to thank Ann German, Attorney from Libby, for her assistance to the Defendant and to this court.

DATED this 6th day of January 1984.

### SENTENCE REVIEW DIVISION

Joseph B. Gary, Chairman; Mark Sullivan, John Henson.

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. RICHARD R. CHAUVIN, Defendant.

## DECISION

No. DC-83-85A

The application of the above-named defendant for a review of the sentence of 3 years imposed on September 26, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 3 years with 2 years suspended, and the Defendant is to make restitution of $1,000 within 6 months, and the balance within one year of release. The Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

Reason for the amendment are:

2

(1) This is the Defendant's first offense; and

(2) By reducing the sentence, it will enable the Defendant to make restitution sooner.

We wish to thank Stephen Pohl, Attorney from Bozeman, for his assistance to this court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Chairman; Mark Sullivan, John Henson.

From: The District Court of the Sixteenth Judicial District, County of Rosebud, STATE OF MONTANA, Plaintiff, vs. EDWARD MINTUN, Defendant.

## DECISION

No. 1356

The application of the above-named defendant for a review of the sentence of 20 years; 5 years for weapon; consecutive, imposed on October 18, 1982, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 20 years for Aggravated Assault with 5 years suspended plus 5 years for the use of a dangerous weapon. The sentences shall be served consecutively and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

The Board finds that the amended sentence will make it more consistent with other cases of a similar nature and more consistent with the plea bargain agreement. Also, the fact that the Defendant has a prior record was taken into consideration.

HON. MARK SULLIVAN DISSENTS: He felt the sentence imposed fit the crime.

We wish to thank Brad Anderson of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED his 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark Sullivan, and John Henson.

From: The District Court of the Sixteenth Judicial District, County of Custer, STATE OF MONTANA, Plaintiff, vs. DUANE LARRY LEVAY, Defendant.

## DECISION

No. 2879

The application of the above-named defendant for a review of the sentence of